UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIELLE TEUSCHER, an individual; and DANIELLE TEUSCHER, as mother and natural guardian of Z.F., a minor,<br><br>                Plaintiffs,<br><br>  v.<br><br>CCB-NWC LLC, a California limited liability company, d/b/a, NW CRYOBANK,<br>                Defendant. | NO: 2:19-CV-0204-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Joint Motion for Entry of an Order of Dismissal with Prejudice (ECF No. 81). The Parties have reached a negotiated resolution of all claims and issues between/among themselves. The Parties request the Court to enter an order dismissing this matter and all claims herein, with prejudice and without an award of costs or fees to any Party. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs or fees to any Party.

2. All deadlines, hearings and trial are **VACATED**.

3. The Court maintains jurisdiction over this matter until Z.F. receives the settlement award when she turns 18 years old.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 23, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2